# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.: 25-cr-00082-GPG-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CAMMIE JEAN SUTHERLAND,

    Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict. Upon consideration and for good cause shown,

IT IS ORDERED that the Government's Motion to Restrict Document [ECF #20] is **GRANTED**. It is ORDERED that said Document [ECF #18], Government's Brief in Support of Motion to Restrict [ECF #19], as well as any order revealing the contents of that document, shall be maintained under Level 2 restriction as defined by D.C.COLO.LCrR 47.1(b).

IT IS SO ORDERED on this ___14___ day of April 2025.

                                                  Hon. James M. Candelaria
                                                United States Magistrate Judge